IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:23-CR-28 (WLS-TQL) |
| | : |
| DAVID JACOB CORBETT, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

**ORDER**

Presently before the Court is Parties' Joint Motion to Continue Trial in the Interests of Justice. (Doc. 18.) Therein, the Parties request that this Court continue the June 5, 2023 trial of this matter to the next term of Court and excuse the Parties from the pretrial conference, which is currently set to take place on May 16, 2023. (Docs. 17 & 18.) The Parties move to continue, as discovery was only provided to Defendant on April 18, 2023, and Defense Counsel requires additional time to review discovery. (Doc. 18.) The Government also notes that its lead investigative agent is scheduled to be out of state the week of June 5, 2023. (*Id.*)

Based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 18) is **GRANTED**. The Court hereby **ORDERS** that the trial in the above-referenced matter be **CONTINUED** to the Valdosta Division November 2023 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7)

because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The May 16, 2023 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 2nd day of May 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
