# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 7:23-CR-28 (WLS-TQL) |
| | : | |
| DAVID J. CORBETT, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

On September 26, 2023, the Court held a hearing to address Defendant's Motion to Suppress Evidence (Doc. 20) ("Motion to Suppress"). At the conclusion of the evidence the Court allowed and scheduled the filing of post-hearing briefs. As the parties are aware, the trial of this case has been continued to the Court's Valdosta Division, November 2023 trial term and its conclusion, unless otherwise Ordered by the Court. (*See* Doc. 19). To memorialize the Court's post-hearing briefing schedule, the Court hereby **ORDERS** that:

(1) The Defendant may file his post-hearing brief **on or before fourteen (14) days** after the hearing transcript is made available on the record.

(2) The Government may file its brief **on or before fourteen (14) days thereafter**.

(3) The Defendant may file a reply on or before **seven (7) days thereafter**.

**SO ORDERED**, this 27th day of September 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**